Arnold B. Calmann (abc@saiber.com)
Geri L. Albin (gla@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Telephone:  (973) 622-3333

Thomas J. Parker (Thomas.Parker@alston.com)
Deepro R. Mukerjee (Deepro.Mukerjee@alston.com)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone:  (212) 210-9529

Janice Christensen, Esq. (jchristensen@helixip.com)
**HelixIP LLP**
400 Seaport Court, Suite 105
Redwood City, CA 94063-2799
Tel:  (347) 394-5349

Attorneys for Defendants
Mylan Inc. and Mylan Pharmaceuticals Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., | : : : : : : : | Civil Action No. 11-02506-JAP-DEA |
| Plaintiffs, | : : | **NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS OF *PRO HAC VICE* COUNSEL** |
| v. | : : : | |
| MYLAN INC.,  and MYLAN PHARMACEUTICALS INC., | : : | *DOCUMENT FILED ELECTRONICALLY* |
| Defendants. | : : | |

{00714028.DOC}

**PLEASE TAKE NOTICE** of the new firm affiliation, mailing address, and e-mail address for the following counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan"):

> Janice Christensen, Esq.
> **HelixIP LLP**
> 400 Seaport Court, Suite 105
> Redwood City, CA 94063-2799
> Tel:  (347) 394-5349
> E-mail:  jchristensen@helixip.com

The foregoing e-mail address for Ms. Christensen, who has been admitted *pro hac vice* in this matter, has been submitted to ecfhelp@njd.uscourts.gov.

Dated:  February 24, 2012        Respectfully submitted,

> **SAIBER LLC**
> Attorneys for Defendants
> Par Pharmaceutical, Inc. and
> EMET Pharmaceuticals, LLC
>
> By:  _s/ Arnold B. Calmann_____
> Arnold B. Calmann (abc@saiber.com)
> Jeffrey Soos (js@saiber.com)
> Geri L. Albin (gla@saiber.com)
> **SAIBER LLC**
> One Gateway Center, 10th Floor
> Newark, New Jersey 07102-5311
> Telephone:  (973) 622-3333
>
> Thomas J. Parker (Thomas.Parker@alston.com)
> Deepro R. Mukerjee (Deepro.Mukerjee@alston.com)
> **ALSTON & BIRD LLP**
> 90 Park Avenue
> New York, NY 10016
> Telephone:  (212) 210-9529
>
> Janice Christensen, Esq. (jchristensen@helixip.com)
> **HelixIP LLP**
> 400 Seaport Court, Suite 105
> Redwood City, CA 94063-2799
> Tel:  (347) 394-5349