John E. Flaherty
Jonathan M. H. Short
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
T (973) 622-4444
F (973) 624-7070
*Attorneys for all Plaintiffs*

| | | |
|---|---|---|
| *Of Counsel*: | Philippe Y. Riesen | Paul A. Ragusa |
| Eric J. Lobenfeld | **HOGAN LOVELLS HORITSU** | Lisa Kole |
| Arlene L. Chow | **JIMUSHO** | **BAKER BOTTS LLP** |
| Dillon Kim | Gaikokuho Kyodo Jigyo | 30 Rockefeller Plaza |
| **HOGAN LOVELLS US LLP** | 15th Floor Daido Seimei | New York, NY  10112 |
| 875 Third Avenue | Kasumigaseki Building | (212) 408-2588 |
| New York, New York 10022 | 1-4-2 Kasumigaseki | |
| (212) 918-3000 | Chiyoda-ku, Tokyo 100-0013 | |
| | Japan | |
| | (81) 3-5157-8200 | *Attorneys for Plaintiff* |
| | | *Ethypharm, S.A.* |
| | *Attorney for all Plaintiffs* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br>Plaintiffs and Counterclaim-Defendants, <br><br>v. <br><br>MYLAN PHARMACEUTICALS INC., <br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-02506-JAP-TJB <br><br>**DECLARATION OF ARLENE L. CHOW IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF** |

I, Arlene L. Chow, declare as follows:

1. I am a partner with the law firm of Hogan Lovells US LLP, counsel for Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc. and Ethypharm, S.A. in the above-captioned case.

2. I submit this declaration in support of Plaintiffs' Opening Claim Construction Brief.

3. Attached hereto as Exhibit 26 is a true and correct copy of pages from Mylan's Paragraph IV notice letter, *filed under seal*.

4. Attached hereto as Exhibit 27 is a true and correct copy of the Claim Construction Opinion from the matter of *Takeda Pharm. Co. Ltd. v. Zydus Pharms. USA Inc.*, Civil Action No. 10-1723 (D.N.J.) (D.I. 113).

5. Attached hereto as Exhibit 28 is a true and correct copy of Biology Online Dictionary, http://www.biology-online.org/dictionary/Buccal_cavity.

6. Attached hereto as Exhibit 29 is a true and correct copy of the article Wilson et al., International Journal of Pharmaceutics 40:119-23 (1987).

I declare under penalty of perjury that the following is true and correct.

Dated: March 23, 2012

*(signature)*
Arlene L. Chow