Arnold B. Calmann (abc@saiber.com)
Geri L. Albin (gla@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Telephone: (973) 622-3333

Thomas J. Parker (Thomas.Parker@alston.com)
Deepro R. Mukerjee (Deepro.Mukerjee@alston.com)
Victoria Spataro (Victoria.Spataro@alston.com)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9529

Janice Christensen, Esq. (jchristensen@helixip.com)
**HelixIP LLP**
400 Seaport Court, Suite 105
Redwood City, CA 94063-2799
Telephone: (347) 394-5349

Attorneys for Defendants
Mylan Inc. and Mylan Pharmaceuticals Inc.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>     Plaintiffs,<br><br>v.<br><br>MYLAN INC., and MYLAN PHARMACEUTICALS INC.,<br><br>     Defendants. | Civil Action No. 11-02506-JAP-DEA<br><br><br>**NOTICE OF APPEARANCE**<br><br><br>*DOCUMENT FILED ELECTRONICALLY* |

{00719872.DOC}

**PLEASE TAKE NOTICE** that defendants, Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively "Mylan"), are represented by the firm of Saiber LLC in the above matter. Victoria Spataro hereby enters her appearance as counsel of record in addition to Arnold B. Calmann, who has already been duly designated by the Court as "lead attorney to be noticed" on behalf of Mylan. Accordingly, Mylan respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Victoria Spataro (Victoria.Spataro@alston.com).

Respectfully submitted,

**ALSTON & BIRD LLP**

By:   /s/ *Victoria Spataro*
Victoria Spataro
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016

Dated: April 4, 2012

{00719872.DOC}                                2