Case 3:11-cv-02506-JAP-TJB Document 71-2 Filed 04/20/12 Page 1 of 2 PageID: 1355

RECEIVED
APR 23 2012
AT 8:30_____
WILLIAM T. WALSH M
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

TAKEDA PHARMACEUTICAL COMPANY : Civil Action No. 11-02506-JAP-TJB
LIMITED, TAKEDA PHARMACEUTICALS :
NORTH AMERICA, INC., TAKEDA :
PHARMACEUTICALS LLC, TAKEDA :
PHARMACEUTICALS AMERICA, INC., :
and ETHYPHARM, S.A., : **ORDER GRANTING**
: **PLAINTIFFS' MOTION TO SEAL**
Plaintiffs and Counterclaim-Defendants, :
:
v. :
:
MYLAN PHARMACEUTICALS INC., :
:
Defendant and Counterclaim-Plaintiff. :
:
: *DOCUMENT FILED ELECTRONICALLY*

THIS MATTER having been opened to the Court by Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc., and Ethypharm, S.A.'s (collectively, "Takeda") Motion, pursuant to Local Civil Rule 5.3(c), to Seal [ECF No. 67] documents filed in support of Takeda's Opening Claim Construction Brief [ECF No. 64] and Exhibit 26 to the Declaration of Arlene L. Chow [ECF No. 64-1] ("Takeda's Motion to Seal"); and the Court having considered the papers submitted by Takeda and Defendant Mylan Pharmaceuticals Inc. ("Mylan") in support of Takeda's Motion to Seal; and the Court having been notified by Mylan of the information which it considers to be confidential and proprietary and wishes to maintain as nonpublic; and the Court having considered and adopted the Findings of Fact and Conclusions of Law submitted by Mylan in support of Takeda's Motion to Seal; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the foregoing confidential documents and information; and the Court having considered oral argument of the

Case 3:11-cv-02506-JAP-TJB Document 71-2 Filed 04/20/12 Page 2 of 2 PageID: 1356

parties, if any; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

IT IS on this 23rd day of April, 2012;

**ORDERED** that Takeda's Motion to Seal be and the same are hereby granted; and it is further

**ORDERED** that the following materials that were electronically filed with the Court shall be sealed and maintained under seal by the Court:

- Page 15, lines 9-10: All words between "proposed construction." and "Thus, the motivation";

- Page 15, lines 12-14: All words between "gas is produced)," and "Mylan's litigation-driven";

and it is further

**ORDERED** that Takeda shall electronically file on the docket public copies of the above materials, redacted as consistent with this Order.

*[signature]*

HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE