

May 1, 2012

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  *Takeda Pharmaceutical Company Limited, et al. v. Mylan Inc. et al.*
     Civil Action No. 3:11-cv-02506-JAP-TJB

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Dear Judge Bongiovanni:

We represent plaintiffs in the above action. We write on behalf of all parties to request that the due date for the parties' *Markman* responsive briefs be extended until June 22, 2012. The current due date for the parties' *Markman* responsive briefs is May 23, 2012 (D.I. 49).

If this extension meets with Your Honor's approval, we respectfully request that Your Honor "so order" it and have it entered on the docket.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Respectfully,

s/*John E. Flaherty*

John E. Flaherty

cc:  Counsel of Record (via email)

BOSTON

HARTFORD

SO ORDERED on this ____ day of May, 2012:

NEW YORK

_____
Hon. Tonianne J. Bongovanni, U.S.M.J.

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 13358934v.1