

# McCARTER & ENGLISH
ATTORNEYS AT LAW

RECEIVED
MAY -2 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

May 1, 2012

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re: *Takeda Pharmaceutical Company Limited, et al. v. Mylan Inc. et al.*
    Civil Action No. 3:11-cv-02506-JAP-TJB

Dear Judge Bongiovanni:

We represent plaintiffs in the above action. We write on behalf of all parties to request that the due date for the parties' *Markman* responsive briefs be extended until June 22, 2012. The current due date for the parties' *Markman* responsive briefs is May 23, 2012 (D.I. 49).

If this extension meets with Your Honor's approval, we respectfully request that Your Honor "so order" it and have it entered on the docket.

Respectfully,

s/*John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via email)

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

SO ORDERED on this 2 day of May, 2012:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

ME1 13358934v.1