John E. Flaherty
Jonathan M. H. Short
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
T (973) 622-4444
F (973) 624-7070
*Attorneys for all Plaintiffs*

| | | |
|---|---|---|
| *Of Counsel*: | Philippe Y. Riesen | Paul A. Ragusa |
| Eric J. Lobenfeld | **HOGAN LOVELLS HORITSU** | Lisa Kole |
| Arlene L. Chow | **JIMUSHO** | **BAKER BOTTS LLP** |
| Dillon Kim | Gaikokuho Kyodo Jigyo | 30 Rockefeller Plaza |
| **HOGAN LOVELLS US LLP** | 15th Floor Daido Seimei | New York, NY  10112 |
| 875 Third Avenue | Kasumigaseki Building | (212) 408-2588 |
| New York, New York 10022 | 1-4-2 Kasumigaseki | |
| (212) 918-3000 | Chiyoda-ku, Tokyo 100-0013 | |
| | Japan | |
| | (81) 3-5157-8200 | *Attorneys for Plaintiff* |
| | | *Ethypharm, S.A.* |
| | *Attorney for all Plaintiffs* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., | : : : : : : : | Civil Action No. 3:11-CV-02506-JAP-TJB |
| Plaintiffs and Counterclaim-Defendants, | : : | **DECLARATION OF ARLENE L. CHOW IN SUPPORT OF PLAINTIFFS' RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| v. | : : | |
| MYLAN PHARMACEUTICALS INC., | : : | |
| Defendant and Counterclaim-Plaintiff. | | |

I, Arlene L. Chow, declare as follows:

1. I am a partner with the law firm of Hogan Lovells US LLP, counsel for Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc. and Ethypharm, S.A. (together, "Plaintiffs") in the above-captioned case.

2. I submit this declaration in support of Plaintiffs' Responsive Claim Construction Brief.

3. Attached hereto as Exhibit 30 is a true and correct copy of the Product Label for Fentora®.

4. Attached hereto as Exhibit 31 is a true and correct copy of portions of the deposition transcript of Defendant Mylan Pharmaceuticals Inc's expert, Dr. Russell J. Mumper.

5. Attached hereto as Exhibit 32 is a true and correct copy of portions of the deposition transcript of Plaintiffs' expert, Dr. Stephen R. Byrn.

6. Attached hereto as Exhibit 33 is a true and correct copy of the Office Action dated November 5, 1999 from the Reexamination history of United States Patent No. 5,464,632.

I declare under penalty of perjury that the following is true and correct.

Dated:  June 22, 2012

_____
Arlene L. Chow