# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>MYLAN PHARMACEUTICALS INC.<br><br>　　　　　　　Defendant. | Civil Action No. 3:11-cv-02506-JAP-DEA |

### DECLARATION OF VICTORIA E. SPATARO IN SUPPORT OF DEFENDANT MYLAN PHARMACUETICALS INC.'S RESPONSIVE BRIEF IN OPPOSITION TO PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF

I, Victoria E. Spataro, Esq., do declare and state as follows:

1.　　I am an attorney-at-law and admitted to practice in New York and New Jersey. I am an attorney at Alston & Bird LLP, 90 Park Avenue, New York, New York 10016. Alston & Bird, along with Saiber LLC, represent Defendant Mylan Pharmaceuticals Inc. ("Mylan") in this action.

2.　　I submit this declaration in support of Mylan's Responsive Brief in Opposition to Plaintiffs' Opening Claim Construction Brief.

3.　　Exhibits 1-21 were attached to the Declaration of Dr. Russell J. Mumper, filed March 23, 2012 (D.E. 68).

4.　　Exhibits 22-29 are attached to the Supplemental Declaration of Dr. Russell

J. Mumper being filed concurrently herewith.

5.  Attached hereto as Exhibit 30 is a true and correct copy of portions of the transcript from the June 8, 2012 deposition of Dr. Stephen R. Byrn.

6.  Attached hereto as Exhibit 31 is a true and correct copy of portions of the transcript from the June 6, 2012 deposition of Dr. Russell J. Mumper.

7.  Attached as Exhibit 32 is a true and correct copy of a portion of Webster's Encyclopedic Unabridged Dictionary of the English Language (1989), defining "non," marked as Defense Exhibit 7 at the June 8, 2012 deposition of Dr. Stephen R. Byrn.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2012.

*Victoria E. Spataro*
_____
Victoria E. Spataro