Arnold B. Calmann (abc@saiber.com)
Geri L. Albin (gla@saiber.com)
Jeffrey Soos (js@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Telephone: (973) 622-3333

Thomas J. Parker (Thomas.Parker@alston.com)
Deepro R. Mukerjee (Deepro.Mukerjee@alston.com)
Victoria E. Spataro (Victoria.Spataro@alston.com)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9529

Attorneys for Defendant
Mylan Pharmaceuticals Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> MYLAN PHARMACEUTICALS INC. <br><br> Defendant. | Civil Action No. 3:11-cv-02506-JAP-DEA <br><br> **CERTIFICATE OF SERVICE** |

**ARNOLD B. CALMANN** hereby certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey and admitted

to practice before the United States District Court, District of New Jersey.

2.      I hereby certify that I caused a copy of Defendant Mylan Pharmaceuticals

Inc.'s (i) Responsive Brief In Opposition To Plaintiffs' Opening Claim Construction Brief;

(ii) Supplemental Declaration of Dr. Russell J. Mumper with exhibits annexed thereto; (iii)

Declaration of Victoria E. Spataro In Support of Defendant Mylan Pharmaceuticals Inc.'s

Responsive Brief In Opposition To Plaintiffs' Opening Claim Construction Brief with

exhibits annexed thereto and (iv) this Certificate of Service to be served upon all counsel of

record by ECF and electronic mail on this 22nd day of June 2012.


s/ Arnold B. Calmann
Arnold B. Calmann

Dated: June 22, 2012

2