

July 6, 2012

**VIA ECF**

Hon. Joel A. Pisano, U.S.D.J
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  *Takeda Pharmaceutical Company Limited, et al. v. Mylan Inc. et al.*
     Civil Action No. 3:11-cv-02506-JAP-TJB

Dear Judge Pisano:

We, along with our co-counsel Hogan Lovells, represent plaintiffs in the above action.  We write on behalf of all parties to request that the Court schedule a *Markman* hearing to be held on August 23, 2012, or as soon thereafter as the Court's schedule permits.  The parties believe that expert testimony will not be necessary and respectfully request that the Court reserve a full day for the hearing.

The parties are available to discuss the Court's desired approach to the hearing, if that would be helpful.

Respectfully,

s/*John E. Flaherty*

John E. Flaherty

cc:  Counsel of Record (via email)

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 13358934v.1