

July 9, 2012

**VIA ECF**

Hon. Joel A. Pisano, U.S.D.J
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  *Takeda Pharmaceutical Company Limited, et al. v. Mylan Inc. et al.*
     Civil Action No. 3:11-cv-02506-JAP-TJB

Dear Judge Pisano:

We, along with our co-counsel Hogan Lovells, represent plaintiffs in the above action.  We write to confirm receipt of the Court's electronic notice issued today scheduling a *Markman* hearing for August 23, 2012, at 9:30 a.m.

Respectfully,

s/*John E. Flaherty*

John E. Flaherty

cc:  Counsel of Record (via email)

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 13358934v.1