

# Saiber
ATTORNEYS AT LAW

July 10, 2012

**VIA ECF**
Honorable Joel A. Pisano, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *Takeda Pharmaceutical Company Ltd., et al. v. Mylan Inc., et al.*
              Civil Action No. 3:11-cv-02506-JAP-TJB

Dear Judge Pisano:

    We, along with co-counsel Alston & Bird LLP, represent Defendant Mylan Pharmaceuticals Inc. in the above matter. We write to confirm receipt of the Court's electronic notice issued yesterday, July 9, 2012, in which the Court scheduled a *Markman* hearing for August 23, 2012 at 9:30 a.m.

                                        Sincerely,

                                          Arnold B. Calmann /ptt

cc: Counsel of Record (via email)

Saiber LLC · One Gateway Center · 10th Floor, Suite 1000 · Newark, New Jersey · 07102 · Tel 973.622.3333 · Fax 973.622.3349 · www.saiber.com
Florham Park · Newark · New York · Atlantic City · Point Pleasant Beach