**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant and Counterclaim-Plaintiff. | Civil Action No. 3:11-CV-02506-JAP-TJB |

## NOTICE OF WITHDRAWAL

TO:     THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Dillon Kim withdraws as attorney of record for Plaintiffs and Counterclaim-Defendants Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc., and Ethypharm, S.A. (collectively, "Plaintiffs").  Attorneys from Hogan Lovells US LLP, Hogan Lovells Horitsu Jimusho, and McCarter & English, LLP will continue to represent Plaintiffs in this case.  Attorneys from Baker Botts LLP will continue to represent Ethypharm, S.A. in this case.

Dated: July 13, 2012

      _s/John E. Flaherty_____
      John E. Flaherty
      McCarter & English, LLP
      Four Gateway Center
      100 Mulberry Street
      Newark, New Jersey  07102
      T (973) 622-4444
      F (973) 624-7070

ME1 13789154v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 13, 2012, I caused a copy of the foregoing NOTICE OF

WITHDRAWAL to be served upon all counsel of record by operation of the Court's electronic

filing system.

 s/ John E. Flaherty             
John E. Flaherty

2