```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO
                                        DATE OF PROCEEDINGS: 08/23/2012
TITLE OF CASE:
TAKEDA PHARMACEUTICAL COMPANY LTD, ET AL.,
        vs.
                                        CIVIL DOCKET #: 11-2506(JAP)
MYLAN, INC., ET AL.,

APPEARANCES:
Eric Lobenfeld, Arlene Chow, Tahashi Okuda, and John E. Flaherty,
Esquires for Plaintiffs
Arnold Calmann, Deepro Mukerjee, Victoria Spataro, and Andrea Tiglio,
Esquires for Defendants

NATURE OF PROCEEDINGS:
Markman Hearing re Claims Construction held.
    Eric Lobenheld - Opened for Plaintiffs
    Arlene Chow - Opened for Plaintiffs
    Deepro Mukerjee - Opened for Defendants
Parties summed.
Bench ruling - Decision Reserved.

TIME COMMENCED: 9:30 a.m.
TIME ADJOURNED: 12:00 p.m.
TOTAL TIME: 2 hours & 30 minutes

                                        s/Dana Sledge
                                        Courtroom Deputy