UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

September 25, 2012

**LETTER ORDER**

Re:   Takeda Pharmaceutical Company Limited, et al. v. Mylan Inc., et al.
      Civil Action No. 11-2506 (JAP)

Dear Counsel:

The Court received your joint letter dated September 19, 2012, concerning the remaining schedule to be set in this matter. After considering the parties' proposals, the Court adopts the following schedule:

| Event | Deadline |
| --- | --- |
| Submission of Joint Letter Regarding Any Outstanding Discovery Issues | December 12, 2012 |
| Telephone Conference (Plaintiffs to Initiate) | December 19, 2012 at 2:00 P.M. |
| Close of fact discovery | December 31, 2012 |
| Expert Reports on issues for which the party bears the burden of proof | January 21, 2013 |
| Rebuttal Expert Reports (including secondary considerations) | February 18, 2013 |

| Event | Deadline |
|---|---|
| Reply Expert Reports (in relation to issues that the party bears the burden and allows for Defendants to rebut secondary considerations) | March 4, 2013 |
| Opening Summary Judgment Motions | To be Filed in accordance with the Local Civil Rules |
| Close of Expert Discovery | April 1, 2013 |
| Submission of Proposed Joint Final Pre-Trial Order | April 19, 2013 |
| Final Pre-Trial Conference | May 1, 2013 at 11:00 A.M. |
| Trial (5-7 Trial Days) | To be Set by the Court |

**IT IS SO ORDERED.**

s/Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**