

## Saiber
ATTORNEYS AT LAW

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

September 27, 2012

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *Takeda Pharmaceutical Co., Ltd., et al. v. Mylan Pharmaceuticals Inc.*
               **Civil Action No.: 3:11 cv 02506 (JAP) (TJB)**

Dear Judge Bongiovanni:

    We, along with Alston & Bird LLP, represent Mylan Pharmaceuticals Inc. ("Mylan") in the above action. We submit this letter in regard to the Letter Order (Docket No. 94) recently entered by the Court.

    Receipt of Your Honor's Letter Order setting the remaining schedule in this case, highlights for us the timing of the trial of this matter. Accordingly, we write to respectfully request Your Honor's guidance as to an appropriate time to raise with the Court the setting of a trial date.

    As mentioned in the parties' joint submission dated September 19, 2012, Mylan requested that the trial be set in mid-May 2013. Mylan requested that date in order to avoid any potential need to request preliminary injunctive relief, and to afford the Court the opportunity to decide the merits of the case before the expiration of the 30-month stay on September 23, 2013.

    We look forward to Your Honor's guidance on this issue, and thank the Court for its understanding and consideration.

                                   Respectfully yours,

                                   Arnold B. Calmann

cc:    All Counsel of Record (by email)