IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> MYLAN PHARMACEUTICALS INC. <br><br> Defendant. | Civil Action No. 3:11-cv-02506-JAP-DEA <br><br> AMENDED ORDER <br><br> RECEIVED <br> OCT 24 2012 <br> AT 8:30 <br> WILLIAM T. WALSH <br> CLERK |

TO ANY CONSUL OR VICE COUNSEL OF THE UNITED STATES OF AMERICA

IN THE UNITED STATES CONSULATE IN OSAKA, JAPAN

Upon the application of Defendant Mylan Pharmaceuticals Inc., and pursuant to Article 17 of the United States – Japan Consular Convention, you have been duly appointed to conduct, and counsel are hereby authorized to take, the oral depositions at the United States Consulate in Osaka, Japan of the following witnesses who will appear voluntarily: Tetsuro Tabata, Toshihiro Shimizu and Shuji Morimoto, during the week of December 17, 2012, and to mark any documentary exhibits in connection therewith.

Counsel for Defendant who will participate in said depositions are Thomas J. Parker and Deepro R. Mukerjee. Counsel for Plaintiffs who will participate in said depositions are Philippe Riesen and Arlene Chow. The proceedings will be reported by Leslie Rockwood, a certified court reporter and will be videotaped by Paul Diserio, a videographer. In addition, Bruce Holcombe, a certified interpreter (English to Japanese / Japanese to English) will be present to interpret the questions and answers during the depositions.

{00747932.DOC}

Please cause the testimony of said witnesses to be reduced to writing in English and the depositions signed by said witnesses, and annex said deposition testimony to your commission and close the same under your seal to make return thereof to this Court with all convenient speed. In lieu of the foregoing at your election, you may authorize the court reporter to maintain and distribute copies of the deposition transcripts to counsel with no further involvement of the embassy.

SO ORDERED this 24th day of October, 2012.

_____
HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

[SEAL]