IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
DEC 18 2012
AT 8:30_____M
WILLIAM T. WALSH CLERK

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., and ETHYPHARM, S.A., <br><br> Plaintiffs, <br> v. <br><br> MYLAN PHARMACEUTICALS INC. <br><br> Defendant. | Civil Action No. 3:11-cv-02506-JAP-~~DEA~~ TJB <br><br> CONSENT ORDER GRANTING STAY OF ALL PROCEEDINGS <br><br> *Document Electronically Filed* |

THIS MATTER having been brought before the Court jointly by Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceutical North America, Inc., Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals America, Inc. and Ethypharm, S.A. (collectively "Plaintiffs") and Defendant Mylan Pharmaceuticals Inc. ("Mylan") for the entry of an Order staying all proceedings and deadlines in the above-captioned matter until February 15, 2013, and the Court having been informed in a letter from Arnold B. Calmann, Esq., counsel for Mylan on behalf of all parties that the parties have consented to the proposed stay; and the Court having considered the status of these proceedings and the pleadings of record; and for good cause shown, it is

IT IS on this 17 day of December, 2012:

ORDERED that all further proceedings and deadlines in the above action are hereby STAYED until February 15, 2013, or until further Order of this Court.

HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

{00755022.DOC}

TOTAL P.003